| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com |
| | JEFFREY JACOBI #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 4 | Post Office Box 2824 |
| | San Francisco, CA  94126-2824 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| | Attorneys for Defendant, |
| 7 | WELLS FARGO & COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES L. TURKLE TRUST and GERALD GILBERTI, individually and on behalf of all others similarly situated, | No.  C-15-000403-CW |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2); AND [~~PROPOSED~~] ORDER** |
| vs. | |
| WELLS FARGO & COMPANY, a Delaware Corporation, and DOES 1-100, | |
| Defendants. | |

**RECITALS**

A. This case ("*Turkle Trust II*") is substantially similar to *James L. Turkle Trust v. Wells Fargo & Company,* Case No. C-11-06494-CW (N.D. Cal.) ("*Turkle Trust I*").

B. *Turkle Trust I* was dismissed in 2012. *James L. Turkle Trust v. Wells Fargo & Co.,* No. C-11-6494-CW, 2012 WL 2568208 (N.D. Cal. July 2, 2012).

C. That dismissal was appealed. 9th Cir. Docket No. 12-16629.

D. On February 5, 2015, Magistrate Judge Corley signed and entered as an order in *Turkle Trust II* the parties' Stipulation to Stay Case Pending Resolution of Related Appeal, *Turkle Trust II* Dkt. 8.

E. On February 10, 2015, the panel assigned to hear the *Turkle Trust I* appeal affirmed the judgment of the district court. *James L. Turkle Trust v. Wells Fargo & Co.,* ___ Fed. Appx. ___, No. 12-16629, 2015 WL 528004 (9th Cir. Feb. 10, 2015).

F. Nobody filed a petition for rehearing or hearing *en banc* within the time set by Fed. R. App. P. 35, 40 and 9th Cir. R. 35-1 to 35-3, 40-1.

G. The Ninth Circuit's mandate issued on March 5, 2015 and was filed in the district court in *Turkle Trust I* the same day.

H. In light of the foregoing, the parties believe it would be appropriate to stipulate to the dismissal of *Turkle Trust II*.

**STIPULATION**

Accordingly, all parties, through their counsel of record, hereby stipulate and request that the Court enter an order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing this action (*Turkle Trust II*) with prejudice as to the named plaintiffs only, each side to bear its own attorneys' fees and costs.

Dated: April 1, 2015.

```
 1                          ROBERT C. SCHUBERT
                            WILLEM F. JONCKHEER
 2                          NOAH SCHUBERT
                            SCHUBERT JONCKHEER & KOLBE LLP
 3                          Three Embarcadero Center, Suite 1650
                            San Francisco, CA 94111
 4
                            EDWIN C. SCHREIBER
 5                          ERIC A. SCHREIBER
                            SCHREIBER & SCHREIBER, INC.
 6                          16501 Ventura Boulevard, Suite 401
                            Encino, CA 91436-2068
 7
                            By      /s/ Willem F. Jonckheer
 8
                            Attorneys for Plaintiffs
 9
           Dated:  April 1, 2015.
10
           Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the undersigned filer of this document
11
    attest that concurrence in the filing of this document has been obtained from the other
12
    Signatory to this document.
13
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
14                          BRUCE A. ERICSON
                            JEFFREY JACOBI
15                          Four Embarcadero Center, 22nd Floor
                            Post Office Box 2824
16                          San Francisco, CA  94126-2824

17
                            By      /s/ Bruce A. Ericson
18                                       Bruce A. Ericson

19                          Attorneys for Defendant,
                            WELLS FARGO & COMPANY
20
```

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | All parties hereto having so stipulated, and good cause appearing, IT IS HEREBY |
| 3 | ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(2), this action (*Turkle Trust II*) is hereby |
| 4 | dismissed with prejudice as to the named plaintiffs only, each side to bear its own |
| 5 | attorneys' fees and costs. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: April 3, 2015. |

_____
Hon. Claudia Wilken
Senior United States District Judge